UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN



STEPHEN D. CVICKER,

    Plaintiff,

vs.                              Case No. 05-C-0576

LARRY P. MEYER, individually, and
in his official capacity as an employee of the
City of Whitewater Police Department, and
ROGER CLAPPER, individually, and
in his official capacity as an employee of the
Delavan Township Police Department,

    Defendants.

### Order Granting Leave to Withdraw as Attorney of Record and Plaintiff's Motion for a Temporary Stay

Plaintiff's Motion for Leave to Withdraw and for a Temporary Stay of Proceedings having come on for hearing before the undersigned, the Honorable William E. Callahan, Jr., United States Magistrate Judge, on the 24th day of July, 2006, at 1:30 p.m., with Plaintiff Stephen D. Cvicker appearing in person and by his attorneys, Lasker Law Offices, L. L. C., by David E. Lasker, Esq., and Andrew J. Parrish, Esq., and Defendant Larry P. Meyer not present in person but appearing by his attorneys, Crivello, Carlson & Mentkowski, S. C., by Raymond J. Pollen, Esq., and Ryan G. Braithwaite, Esq., and the Court having heard and considered the arguments of counsel for the parties and the documentary evidence provided,

NOW, THEREFORE, being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. The Motion for Leave to Withdraw as attorney of record for the Plaintiff, by David E. Lasker, Esq., and Lasker Law Offices, L. L. C., shall be and hereby is GRANTED, and Mr. Lasker and his firm will no longer be attorneys of record for the Plaintiff after August 31, 2006.

2. Plaintiff's Motion for Temporary Stay of Proceedings shall be and hereby is GRANTED to the extent that Plaintiff's response to Defendant's pending Motion for Summary Judgment shall be filed with the Court on or before October 23, 2006, and Defendant's reply shall be filed on or before November 7, 2006.

3. Any further modification of a scheduling order entered by the Court, if any, as may be requested by any party or counsel, shall be made only upon motion to the Court, which then shall be considered by the Court under the circumstances at that time.

Dated at Milwaukee, Wisconsin on this 8th day of August, 2006.

BY THE COURT:

Honorable William E. Callahan, Jr.
United States Magistrate Judge

2